Lauren Reiter Brody
MANATT, PHELPS & PHILLIPS, LLP
Attorneys for Defendants
7 Times Square
New York, New York  10036
(212) 790-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WILHELM H. MICKELSEN,                        :        RULE 7.1 STATEMENT

                              Plaintiff,        :        08 Civ. 10138 (TPG)

          - against -                        :        (ECF Case)

BERTELSMANN, INC. and                        :
OFFSET PAPERBACK MFRS., INC.,

                             :
                       Defendants.
------------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies

that Bertelsmann AG is the parent of each of the defendants, and it is not a publicly held

corporation.


                             MANATT, PHELPS & PHILLIPS, LLP


                             By: ___s/Lauren Reiter Brody_____
                                  Lauren Reiter Brody

                             Attorneys for Defendants
                             7 Times Square
                             New York, New York 10036
                             (212) 790-4500