# EXHIBIT 1

COPY

1

1

2     UNITED STATES DISTRICT COURT

3     SOUTHERN DISTRICT OF NEW YORK

4     --------------------------------x

5     WILHELM H. MICKELSEN,

6                        Plaintiff,    09 Civ. 10138

7         -against-                       (TPG)

8     BERTELSMANN, INC., and          (ECF CASE)

9     OFFSET PAPERBACK MFRS., INC.,

10                       Defendants.

11    --------------------------------x

12

13                     January 6, 2010

14                     10:07 a.m.

15

16         Deposition of WILHELM H. MICKELSEN, held at

17    the offices of Brody & Browne LLP, One Penn Plaza,

18    New York, New York, pursuant to Notice, before

19    Mildred Cassese, a Registered Professional

20    Reporter and Notary Public of the State of

21    New York.

22

23

24

25

**Computer Reporting NYC Inc.**
274 Madison Avenue Suite 605 New York, NY 10016
(212) 986-1344 Fax (212) 983-9149 www.crinyc.com

```
 1
 2     A P P E A R A N C E S:
 3
 4          SCHWARTZ & PERRY LLP
 5          Attorneys for Plaintiff
 6               295 Madison Avenue
 7               New York, New York 10017
 8     BY:   BRIAN HELLER, ESQ.,
 9                    of Counsel
10
11          BRODY & BROWNE LLP
12          Attorneys for Defendants
13               One Penn Plaza
14               New York, New York 10119
15     BY:   LAUREN REITER BRODY, ESQ.
16                 -and-
17          DANA GERSHON, ESQ.,
18                    of Counsel
19
20
21
22
23
24
25
```

1

2      **IT IS HEREBY STIPULATED AND AGREED**, by and

3   between the attorneys for the respective parties

4   herein, that filing and sealing be and the same

5   are hereby waived.

6      **IT IS FURTHER STIPULATED AND AGREED**

7   that all objections, except as to the form of the

8   question, shall be reserved to the time

9   of the trial.

10     **IT IS FURTHER STIPULATED AND AGREED** that the

11   within deposition may be signed and sworn to

12   before any officer authorized to administer an

13   oath, with the same force and effect as if signed

14   and sworn to before the officer before whom the

15   within deposition was taken.

16

17

18

19

20

21

22

23

24

25

1

2    W I L H E L M   H.   M I C K E L S E N,

3         called as a witness, having been first duly

4         sworn by the Notary Public (Mildred

5         Cassese), was examined and testified as

6         follows:

7    **EXAMINATION BY**

8    **MRS. BRODY:**

9         Q.    Could you state your name and address

10   for the record.

11        A.    Wilhelm Hal Mickelsen.  H A L is the

12   middle name.  76 Henfoot, H E N F O O T, Road,

13   Newton, New Jersey, N E W T O N, 07860.

14        Q.    Do you have a residence in New York

15   City?

16        A.    Yes.

17        Q.    Can you give us the address?

18        A.    140 East 81st Street 10028.

19        Q.    How much time do you spend in New York

20   City?

21        A.    Probably now maybe one to two days a

22   week.

23        Q.    Did you do anything to prepare for

24   this deposition today?

25        A.    Read our documents that the EEOC

1                           *W. Mickelsen*

2           Q.    Have you had a conversation with

3    anybody at Offset about this lawsuit?

4           A.    No.

5           Q.    Have you ever had a conversation with

6    Dave Leiss about it?

7           A.    No.

8           Q.    With Rick Pincofski?

9           A.    No.

10          Q.    Have you had a conversation with

11   anyone at -- I'm going to be precise -- at

12   Bertelsmann Inc. about this lawsuit?

13          A.    No.

14          Q.    What is Bertelsmann Inc.?

15          A.    I believe, Counselor, that Bertelsmann

16   Inc. is the operating division of Bertelsmann in

17   the U.S., the corporate entity in the U.S.

18                I'm not a hundred percent clear on how

19   Bertelsmann Inc. relates to Bertelsmann AG in

20   Germany.

21          Q.    Just so we're clear, Bertelsmann Inc.

22   you believe is a U.S. company?

23          A.    I don't know.

24          Q.    You don't know, okay.

25                Bertelsmann AG is a German company?

1                          *W. Mickelsen*

2          A.    I believe, German based; more or less

3     of a world company.

4          Q.    And the main office of Bertelsmann AG

5     is located in Germany?

6          A.    Yes.

7          Q.    I'm not going to even presume to

8     pronounce the name --

9          A.    Gutersloh, G U T E R S L O H, I

10    believe.  I've never been very good with my German

11    either.

12         Q.    Have you ever been to Gutersloh?

13         A.    Yes.

14         Q.    How many times have you been there?

15         A.    I believe I've been there two times.

16         Q.    What were the dates of those times?

17         A.    When I first joined the company in

18    1986 a group of us were invited to come to

19    Gutersloh with our wives, more or less of an

20    introduction to the company.

21         Q.    When was the second time?

22         A.    You know, I don't recall.  I've been

23    to Germany so many times for the book fares -- I

24    don't recall.  It may not have been a second time,

25    but I believe I was there a second time -- oh,

1                              *W. Mickelsen*

2          Q.     Do you know who the CEO of Bertelsmann

3     Inc. is?

4          A.     Sure.

5          Q.     Who is that?

6          A.     The present CEO is Hartmut, H A R T M

7     U T, Ostrowski, O S T R O F S K Y, I believe.

8          Q.     Mr. Ostrowski, you're telling me, is

9     the CEO of Bertelsmann, Inc.?

10          A.     No, sorry.  Bertelsmann AG.

11          Q.     We want to distinguish between

12     Bertelsmann AG and Inc.  My questions all relate

13     to Bertelsmann Inc.

14                 Do you know any employees of

15     Bertelsmann Inc.?

16          A.     I have known them over the years, but

17     I'm not sure I know the present employees of

18     Bertelsmann Inc.

19          Q.     Do you know the present CEO of

20     Bertelsmann Inc.?

21          A.     No.

22          Q.     Do you know if you ever had a

23     conversation with anybody at Bertelsmann Inc.?

24          **MR. HELLER:**    Objection.

25          A.     Many times.

15

                        *W. Mickelsen*

1

2      Q.     Have you ever had a conversation --

3   well, tell me who you have had a conversation

4   with.

5      A.     Over the years?

6      Q.     Yes.

7      A.     Peter Olson, Jackie Chasey, Ron -- I'm

8   trying to think of Ron's last name.  He was, I

9   believe, the head of Bertelsmann Inc. -- he may

10   still be there -- I don't recall his last name,

11   but I've had conversations with various people

12   over 24 years with Bertelsmann.

13      Q.     Is Peter Olson an employee of

14   Bertelsmann Inc.?

15      A.     No, not any more.

16      Q.     When was he an employee of Bertelsmann

17   Inc.?

18      **MR. HELLER:**   Objection.

19      A.     I believe in the early -- well, I

20   joined the company in '86, and I believe it was in

21   the late '80s.

22      Q.     And that was prior to the time that he

23   became the head of Random House?

24      A.     Oh, yes.

25      Q.     Have you spoken to anybody at

1                          *W. Mickelsen*

2    Bertelsmann Inc. in the last five years?

3                     **MR. HELLER:**   Objection.

4                     You can answer.

5         A.    I can't say for sure.  Bertelsmann AG

6    for sure, but I don't know about Bertelsmann Inc.

7         Q.    Have you had a conversation with

8    anybody at Bertelsmann Inc. about your

9    compensation?

10                    **MR. HELLER:**   Objection.

11        A.    Not to my knowledge.

12        Q.    Have you had a conversation with

13   anybody at Bertelsmann Inc. about the location of

14   your office?

15        A.    No.

16        Q.    Have you had a conversation with

17   anybody at Bertelsmann Inc. about your title and

18   position?

19        A.    No.

20        Q.    How about your responsibilities?

21        A.    No.

22        Q.    Have you ever reported to anyone at

23   Bertelsmann Inc.?

24        A.    No.

25        Q.    I forgot to ask you, are you presently

1                          *W. Mickelsen*

2    on any medication, other than the usual?

3          A.    Well, what are the usual?

4          Q.    Blood pressure --

5          A.    Yes, yes, I think I take a blood

6    pressure pill once a day and a tiny Lipitor once a

7    day and aspirin once a day.  I think they are the

8    usual.

9          Q.    I think they are the usual.

10          A.    A Boniva once a month.

11          Q.    And that's it, nothing else?

12          A.    No.

13          Q.    And you're generally in good health?

14          A.    Yes.

15          Q.    Would you please tell me the date of

16    your birth?

17          A.    August 13, 1943.

18          Q.    If we do the math, you are

19    presently --

20          A.    66.

21          Q.    Does your wife work?

22          A.    Yes.

23          Q.    What does she do?

24          A.    Book publisher.

25          Q.    She's a book publisher?

1                          *W. Mickelsen*

2      publishing business until 1985.

3           Q.     Is that Airmont?

4           A.     Well, Airmont is the -- there's two

5      companies; there's Thomas Bouregy and Company and

6      Airmont Publishing Company.  That's a paperback

7      classics business.

8           Q.     So they are two separate companies

9      owned by your father-in-law?

10          A.     Yes.

11          Q.     And there was a family dispute

12     relating to Airmont?

13          A.     Well, there was a sister -- sisters

14     couldn't get along and I was -- I worked for the

15     company under a five-year contract, and I decided

16     to leave the company at the end of that contract,

17     and that's when I joined Offset Paperback.

18          Q.     At Airmont what was your position?

19          A.     They were two side-by-side companies.

20     I was the president.

21          Q.     So you were in the production side as

22     opposed to sales side?

23          A.     Well, in a small company you do many

24     things.  You do production, you do sales, you do

25     marketing, you do -- this is a very small company.

1                          *W. Mickelsen*

2          Q.      Your first position was?

3          A.      Salesman.

4          Q.      Then after that -- let's back up a

5     minute.

6                  Tell me just what is the business of

7     Offset?

8          A.      Offset Paperback is a manufacturer of

9     paperback books, both what are commonly known as

10    pocket books, pocket novels as well as trade size

11    paperbacks.

12         Q.      And who are some of Offset's clients?

13         A.      Presently?

14         Q.      Yes.

15         A.      The largest being the sister company,

16    Random House, are among the largest.  Actually

17    Random House and PGI, which is the Penguin Group

18    International, are the two largest companies,

19    followed by Harper, and Hachette Group, formerly

20    Time Warner.

21                 And Dorchester Publishing, which is a

22    major company, and then probably about in a

23    descending size, of the two hundred additional

24    active customers, small publisher to a medium

25    size.

1                        *W. Mickelsen*

2          Q.    That's gratifying to know there's so

3     many publishers out there.

4          A.    There's less and less.

5          Q.    When you started what were your

6     responsibilities as a salesperson?

7          A.    Find business for the company.

8          Q.    Has that changed over time?

9          A.    Yes, to some degree; always, though,

10    underlying, that was the main function.

11         Q.    Did you change positions at any time?

12         A.    In terms of -- yes, I was in 1992 I

13    was promoted to senior vice president.

14         Q.    What were your responsibilities as

15    senior vice president?

16         A.    Well, continuation with development of

17    business, that was always the main function, and

18    then as Mr. O'Connor was getting ready to retire,

19    to manage the sales group, which were maybe four

20    salespeople or so.

21         Q.    And that culminated in you being given

22    the title senior vice president in and around

23    1992?

24         A.    Yes.

25         Q.    And at the time there were four

1                           *W. Mickelsen*

2      salespeople, including yourself?

3           A.    I believe so, yes.

4           Q.    Actually, when you were first hired in

5      1986, you were -- were you 40 years old?  How

6      would were you?

7           A.    I believe I was 42.

8           Q.    And has your title changed since you

9      became the senior vice president?

10          A.    No.

11          Q.    You are still senior vice president

12     today?

13          A.    To the best of my knowledge.

14          Q.    And what about your responsibilities?

15          A.    I ceased managing the sales group some

16     time in maybe '96 and continued with my main

17     responsibility of developing new business.

18          Q.    And at that time how many sales

19     representatives were there?

20                **MR. HELLER:**   Objection.

21          Q.    In 1996?

22          A.    I believe, I believe about four in

23     our -- four in our group, four plus myself.  Could

24     be five.  I'm not sure.

25          Q.    Today how many sales representatives

1                    *W. Mickelsen*

2          A.     I'd say probably around '90 or '92

3     perhaps.

4          Q.     And George McCloskey?

5          A.     George I hired as well, and that would

6     have been probably around '92, '94, thereabouts.

7          Q.     Do you know Denise Polis?

8          A.     I never knew her directly.

9          Q.     Is she no longer at the company?

10         A.     It's my understanding that she is not.

11    When you say the company --

12         Q.     Let's be clear.

13         A.     Now we're -- the group of companies.

14    She never worked for Offset directly, but I

15    believe worked for Coral Graphics.

16                (Discussion off the record.)

17         Q.     Did there come a time that there was a

18    reorganization?

19         **MR. HELLER:**   Objection.

20         Q.     Of the company, the family of

21    companies?

22         A.     Yes.

23         Q.     And that was in 2006, 2007?

24         A.     I believe when Mr. Leiss was made the

25    head of the companies was the beginning of '07, I

1                          *W. Mickelsen*

2     believe April of '07.

3          Q.     Was there any other effects of that

4     reorganization that you are aware of?

5                **MR. HELLER:**   Objection.

6          Q.     Other than Dave Leiss being made

7     president?

8          A.     When -- could you be more specific?

9          Q.     Sure.  The family of companies

10    consists of Coral Graphics, Dynamic --

11         A.     Graphic Finishing.

12         Q.     Berryville?

13         A.     Graphics.

14         Q.     And OPM?

15         A.     Correct.

16         Q.     Was there a reorganization whereby the

17    salespeople within the four companies were merged

18    into one group?

19         A.     Yes.

20         Q.     That was what happened in early 2007?

21         A.     I believe that happened more or less

22    over most of -- the latter part of 2007, let's say

23    from the last half of 2007.

24         Q.     Can you tell me precisely what

25    happened when they were all consolidated?

1             *W. Mickelsen*

2          **MR. HELLER:**   Objection.

3          A.    I can't, Counselor, because I really

4     wasn't part of that group.  I was still senior

5     vice president.  I was not a commissioned

6     salesperson.  I was salaried employee, bonus,

7     etcetera.  I was not part of the, quote unquote,

8     sales group.

9               I reported directly to the president.

10         Q.    But you were in sales?

11         A.    Yes.

12         Q.    And so why were you not part of the

13    sales group?

14         A.    It's the way it was structured under

15    when I stopped managing the sales group, my duties

16    continued as senior vice president interacting

17    with all of our major customers at the top levels,

18    and they hired a new sales manager, Randall

19    Xenakis, X E N A K I S, who managed the sales

20    group, but I reported to the president of the

21    company, Michael Gallagher.

22         Q.    And Mr. Gallagher left the company in

23    2007?

24         A.    Yes.

25         Q.    Then who did you report to or who do

*W. Mickelsen*

1
2      cross-examine Mr. Mickelsen, but it's not

3      appropriate for you to make a speaking

4      objection.

5          If you have a problem with my

6      question, objection, and we can proceed.

7          **MR. HELLER:**   Well, I think just to

8      the intent that you're assigning to my

9      objection, I think I know what information

10     you're trying to elicit, and the question

11     seems to have been a little too vague.

12         **MRS. BRODY:**   Fine.   Object.

13         **MR. HELLER:**   To the extent that I

14     have so far tried to keep my objections

15     minimal, I will continue in the future, but

16     I just think that question required a little

17     more investigation.

18         **MRS. BRODY:**   Okay.  You are free to

19     do so.

20     Q.   Let's go back to 1991 -- 1991 or 1992,

21     when you became the senior vice president of

22     sales.

23         Did you report to Dave Leiss at that

24     point in time or was it Michael --

25     A.   Michael Gallagher.

1                          *W. Mickelsen*

2      be the person that I -- when Michael Gallagher

3      left, Joe Makarewicz became the acting head of the

4      company -- I'm not sure when Mr. Gallagher left

5      the company, but I believe it was around the time

6      that Mr. Leiss became the head of the group of

7      companies would be -- so Joe would be the person I

8      reported to.

9           Q.    And then subsequently became Dave

10     Leiss?

11          A.    Yes.

12          Q.    When you became senior vice president

13     of sales -- actually when you started at the

14     company, how were you compensated, on what basis?

15          A.    Salary and commission.

16          Q.    Did that change when you became senior

17     vice president of sales?

18          A.    Yes.

19          Q.    And you were then compensated on what

20     basis?

21          A.    Salary and bonus.  No commission.

22          Q.    And how was your bonus calculated?

23     Was it a discretionary bonus?

24          A.    It was a prescribed formula based on

25     the performance of the company for the previous

*W. Mickelsen*

1

2   year.

3        Q.    Was there a percentage of sales?  What

4   was the formula?

5        A.    I believe it was based on return on

6   assets, profit and return on assets.

7        Q.    How was return on assets calculated in

8   this company?

9        A.    I'm not an accountant, so I don't

10  really know.  I don't know how that is exactly

11  calculated.  I think it's the profit based on the

12  assets employed.

13       Q.    And that was for Offset, it was return

14  on the assets of Offset?

15       A.    Yes.

16       Q.    There was no -- you were not paid

17  based on any return on assets of Bertelsmann Inc.

18  or any of the larger companies?

19       A.    No.

20       Q.    It was just Offset?

21       A.    Correct.

22            **MRS. BRODY:**   Why don't we mark this

23            as one exhibit.  These are Mr. Mickelsen's

24            W-2s and they were produced by the plaintiff

25            and they are Bates 65 through -- I assume

1                         *W. Mickelsen*

2      $105,622.93?

3           A.     Yes.

4           Q.     These W-2s all come from Offset

5      Paperback Manufacturers, correct?

6           A.     Correct.

7           Q.     Which is located in Dallas, PA?

8           A.     Yes.

9                  **MR. HELLER:**   Objection to that

10          question.

11          Q.     What are the benefits that you

12     received from OPM, from the company?

13          A.     Benefits other than income?

14          Q.     Yes.  Health insurance?

15          A.     Yes.

16          Q.     And the health insurance -- do you

17     make a contribution?

18          A.     No.

19          Q.     It's totally paid by the company?

20          A.     Yes.

21          Q.     And it's still totally paid by the

22     company?

23          A.     Yes.

24          Q.     What about pension?

25          A.     There is an additional health

1                          *W. Mickelsen*

2      insurance, long term health care.

3           Q.    Is that fully paid by the company?

4           A.    Fully paid by the company, yes.

5           Q.    That's nice.

6           A.    It certainly is.  That's not across

7      the board.  It's only -- it was only a small group

8      of the executives that received that.

9           Q.    And you're one of the executives that

10     receives it?

11          A.    Correct.  I think there were eight or

12     nine.

13          Q.    Any other benefits?  Pension?

14          A.    Yes, pension.

15          Q.    And you make a contribution to that?

16          A.    No.  It's based on a percentage of

17     your income, of your base income.

18          Q.    And when are you entitled to start

19     collecting on your pension?

20          A.    Retirement, I assume.

21          Q.    Any other benefits?

22          A.    401K, which the company contributes to

23     on a percentage match basis, like most companies.

24          Q.    Anything else?

25          A.    Executive deferred compensation

1                    **W. Mickelsen**

2              They wrote it out and I signed it.  I

3    verbally told them and then they needed a

4    document, so --

5         Q.    So you ceased in August of '07?

6         A.    Yes.  My salary was cut on

7    August 13th, the beginning of my new salary, so

8    this would have been probably the first paycheck.

9              It was -- happened to be on my

10   birthday.  I can remember the date, August 13th,

11   '07.

12        Q.    I was very impressed because I had to

13   look back to see when it was.

14             Mr. Mickelsen, you do not have an

15   employment agreement with Offset Paperback?

16        A.    No.

17        Q.    And you are an at will employee?

18        A.    Yes.

19        Q.    You are obviously still employed by

20   Offset Paperback?

21        A.    Yes.

22        Q.    You receive your compensation from

23   Offset Paperback?

24        A.    I receive my much reduced

25   compensation, yes.

1                        *W. Mickelsen*

2          handbook, marked for identification, as of

3          this date.)

4          Q.    You've seen that before, Mr.

5     Mickelsen?

6          A.    I believe I have, yes. It's a

7     recent -- recent -- there's been iterations of

8     this over the years, so this would be -- yes, I

9     believe I have.

10          Q.    And the handbook contains company

11     policies?

12          A.    I would assume so.  As I say, I

13     haven't looked through it, but I can quickly run

14     through it.

15          Q.    And I'm going to direct your attention

16     to a couple of the policies.  Let's start with, if

17     we look on page 28 of the handbook there is a code

18     of business conduct, Bates stamp DEF 276.

19          A.    Okay.

20          Q.    That's the code of conduct?

21          A.    Yes.

22          Q.    If you turn the page there is a

23     nonharassment policy.

24                Are you familiar with that?

25                It says OPM is committed to providing

1                          *W. Mickelsen*

2      a work place that is free of discrimination and

3      unlawful harassment.

4                  And in the second sentence it

5      specifically mentions age.

6                  Actions, words, jokes or comments

7      based on an individual's age will not be

8      tolerated.

9           A.   Yes.

10               **MR. HELLER:**   Is there a question?

11               **MRS. BRODY:**   I'm asking whether he is

12          familiar with this policy.

13          A.   I assume I have read it and I would

14      agree with -- that that would be one of our codes.

15          Q.   Are you familiar with the U.S. code of

16      business conduct?

17          A.   Bertelsmann's U.S. code of business

18      conduct or the general?

19          Q.   Why don't we just look at it and see

20      what it's called.

21               OPM U.S. Code of Business Conduct.

22               **MRS. BRODY:**   We're going to mark this

23          as the next exhibit.  It's Bates stamped 295

24          through 321.

25               **(Defendants' Exhibit 5**, Document,

1                    *W. Mickelsen*

2          Paperback Manufacturers Inc. personnel

3          policy, Bates DEF 00011, marked for

4          identification, as of this date.)

5          Q.    Do you recognize that, Mr. Mickelsen?

6          A.    Yes.

7          Q.    Do you see that you affirm that you

8    will comply in all respects with the requirements

9    set forth in the ethical conduct of business?

10         A.    Yes.

11         Q.    As the same may be amended from time

12   to time?

13         A.    Yes.

14              **MRS. BRODY:**   Let's mark as the next

15          exhibit, Offset Paperback Manufacturers Inc.

16          U.S. code of business conduct.

17              **(Defendants' Exhibit 7**, Offset

18          Paperback Manufacturers Inc. U.S. code of

19          business conduct, Bates DEF 00012, marked

20          for identification, as of this date.)

21         Q.    Are you familiar with that document?

22         A.    Yes.

23         Q.    Is that your signature?

24         A.    Yes.  I can't read it, but I know it's

25   mine.

1                          *W. Mickelsen*

2          Q.    Again, in this statement you stated

3    that you agreed to read the code and familiarize

4    myself with its provisions, and you affirm that I

5    will comply in all respects with the code

6    requirements set forth therein as the same may be

7    amended from time to time.

8          A.    Yes.

9          Q.    And the last sentence, you affirm I

10   fully understand that should I violate any of the

11   standards of business conduct set forth in this

12   policy I would be subject to disciplinary action

13   which may include dismissal.

14         A.    Yes.

15         Q.    If you would look back at the U.S.

16   code of conduct and turn to page Bates defendant

17   298, under ethical standards it says we reject all

18   forms of discrimination and harassment.

19         A.    Yes.

20         Q.    You're familiar with that policy?

21         A.    Yes.

22         Q.    And in signing your affirmation you

23   agree that you would comply with that?

24         A.    Yes.

25         Q.    During the course of your employment

1                              *W. Mickelsen*

2       at Offset, has anyone made a discriminatory

3       comment to you?

4              A.     No.

5              **MR. HELLER:**    Objection.

6              Q.     Has anybody said anything to you about

7       your age?

8              A.     No.

9              Q.     Just to make clear, let's go back to

10      code, if you look at the code, page 312, it says

11      respect for others.  This policy states we are

12      committed to employing equal employment

13      opportunities and to preventing discrimination

14      with respect to protected characteristics.

15                    We mentioned age was one of the

16      protected characteristics.

17                    You see sexual orientation is also one

18      of the protected?

19             A.     Yes.

20             Q.     And that again is a policy that you

21      pledged to comply with?

22             A.     Yes.

23             Q.     Going back to the reorganization, do

24      you have any understanding as to why there was a

25      reorganization?

1                          *W. Mickelsen*

2              **MR. HELLER:**    Objection.

3         Q.    Was it for business reasons?  Was it

4    for personnel reasons?  Did anybody have a

5    conversation with you about the need for

6    reorganization?

7              **MR. HELLER:**    Objection.

8         Q.    There are a couple of questions in

9    there.

10        A.    I don't recall.

11        Q.    You don't recall?

12        A.    No.

13        Q.    In 2007 did you have a conversation

14   with anyone at the company about the

15   reorganization?

16             **MR. HELLER:**    Objection.

17        A.    About the general reorganization?

18        Q.    Right.  We're going to restructure,

19   we're going to consolidate.  The salespeople are

20   all going to be in one group.

21        A.    I believe there was a discussion about

22   merging the entire group together under the Arvato

23   Print Group -- Print U.S. Group.

24        Q.    Was that in the form of a meeting to

25   make an announcement about it?

1                              *W. Mickelsen*

2      believe, to help in his financing.

3                      And our financial vice president,

4      whose name was Tony Kleinhans, K L E I N H A N S,

5      said what about a joint venture?

6                      And that was the birth of Offset

7      Paperback and Dynamic Graphic finishing being one

8      company.

9                      Subsequently it became a standalone

10     Bertelsmann company, as Berryville Graphics was

11     and Offset Paperback was, and then subsequently

12     Coral Graphics became, I believe, part of Dynamic

13     Graphics.  Then they merged it all under

14     Bertelsmann, Arvato Group.

15                     It's always been Bertelsmann.

16     Whenever we had -- we were always encouraged to

17     use the Bertelsmann name, rather than Berryville

18     Graphics by itself or Offset Paperback by itself.

19                     We were always encouraged to use that

20     brand to -- and then it became Arvato and we were

21     told to use the Arvato brand, Bertelsmann Arvato

22     brand.

23                     This -- just an evolution over

24     24 years of being there, I have all different

25     color business cards.

1                          *W. Mickelsen*

2        A.    From 19 what?

3        Q.    1996 to 2006.

4        A.    My main responsibilities were to

5    report on progress of new business, develop new

6    business, attend staff reports -- staff meetings,

7    contribute to strategy sessions.

8              We had a very organized monthly staff

9    meeting of the OPM executives, wherein we would

10   report on finance, on personnel, on human

11   resources, the benefits, right around the table of

12   I'd say there were probably ten to 12 reports.

13             My responsibility was to report

14   monthly to Michael Gallagher progress and

15   developments from the standpoint of sales of my

16   responsibilities with the company; not the sales

17   group --

18        Q.    Just your own personal --

19        A.    My own personal.

20             And then also anything -- any other

21   things that -- interaction -- I may have had lunch

22   with Peter Olson and discussions with him or other

23   executives.

24             But it was a -- an interactive thing

25   that happened as soon as the financial figures

1                       *W. Mickelsen*

2    were available from the previous month, we would

3    have the monthly staff meeting.

4          Q.     And would everybody go around and

5    report on what they were engaged in?

6          A.     Yes.

7          Q.     And that was under Michael

8    Gallagher's --

9          A.     Yes.

10         Q.     -- tenure?

11         A.     Correct.

12         Q.     Now, in 2007 when Dave Leiss took over

13   and you started reporting to him, what were your

14   responsibilities?

15         A.     Well, once again, in the very

16   beginning I did attend a couple of staff meetings

17   and I was asked to report on the status of the

18   paperback book business in America going forward.

19                That happened only for a very short

20   time, and then no more meetings, no more -- I

21   attended no meetings.

22         Q.     So there are no more staff meetings?

23         A.     There are staff meetings, but I don't

24   attend them.

25         Q.     Are you the only person who doesn't

1                         *W. Mickelsen*

2     attend them?

3                  **MR. HELLER:**   Objection.

4         A.    I don't know if I'm -- no, I'm not the

5     only person -- there's lots of people who don't

6     attend them.  We have 600 employees.

7         Q.    Do you know who attends the staff

8     meetings?

9         A.    No.

10        Q.    And do you know if any of the other

11    sales reps attend the sales meetings?

12        A.    Sales reps never attended the staff

13    meetings.

14        Q.    I thought you said that in 1996 you

15    stopped managing the other sales reps.

16        A.    That's what I'm referring to.  That --

17    I only reported on my own responsibilities.  When

18    you said -- I'm assuming '96 is the approximate

19    time.

20        Q.    I'm not holding you to the specific

21    date.

22        A.    In terms of my activities, if I went

23    to California on business or South Carolina or

24    Germany, the book fair, any developments I would

25    always report this at the staff meetings.

1                          *W. Mickelsen*

2          Q.     And there would be other sales reps

3     there doing --

4          A.     No.

5          Q.     Only you --

6          A.     Only vice-presidents and directors.

7          Q.     And do you know if Dave holds these

8     meetings of vice-presidents and directors?

9          A.     I believe they have a staff meeting of

10    some sort now, but I'm not -- it may be the entire

11    group.

12         Q.     But you don't know for sure?

13         A.     I don't attend.

14         Q.     And who are the other -- who are the

15    vice-presidents?

16         A.     At Offset Paperback?

17         Q.     Yes, Offset.

18         A.     Myself, and Rick, Richard Pincofski,

19    P I N C O F S K I, Pincofski.

20                All the other vice-presidents are gone

21    from the company.

22         Q.     And you and Rick would attend the

23    meetings prior to 2007?

24         A.     Yes.

25         Q.     Who else attended those meetings, you,

1                          *W. Mickelsen*

2      Rick, Mike --

3            A.    Okay, we did it for so many years I --

4      Mike at the head of the table.

5                  His secretary, Tressa Schwartz, who is

6      the office manager and executive assistant.

7                  Myself.

8                  Bill Rogers, our vice president of

9      engineering.

10                 Rick Pincofski, our vice president of

11     finance.

12                 Randall Xenakis, vice president of

13     sales and sales manager.

14                 Jim Meizanis, M E I Z A N I S, our

15     head of customer service and scheduling.

16                 Bill Hardwick, our quality control

17     director.

18                 Ken chapel, our controller.

19                 Ron Place, our, at the time, head of

20     warehousing and IT.

21                 Adam Crahall, head of human resources.

22                 Robert Lambert, head of cost

23     estimating.

24                 Probably a couple of more.

25           Q.    Okay, all right --

*W. Mickelsen*

1

2     A.    Maybe two or three more.

3     Q.    Okay.  Thank you.

4     A.    But it was an all-day meeting.  It

5 would start generally before lunch, pizza would

6 come in or something, and then we would continue

7 until late in the afternoon monthly.

8     Q.    Who are the directors today at OPM?

9     A.    Today, Adam Crahall is gone and his

10 assistant is the acting head of personnel -- I

11 don't know if he has the title director.

12     Adam was the only director.  Everybody

13 else seemed to be a vice president.  I don't know

14 why they -- that's another story, doesn't matter.

15     But Robert -- oh, there is another

16 vice president.

17     Q.    Presently?

18     A.    Presently.  They brought in -- when

19 Joe Makarewicz, who was executive vice president

20 and acting head of the company was -- left the

21 company, some time later they hired Robert

22 Scheifflee, S C H E I F F L E E, as the

23 manufacturing manager, and I believe subsequently

24 he was made a vice president.

25     Q.    So there are two vice presidents --

*W. Mickelsen*

1

2      A.     Bill Rogers is gone, the vice

3   president of engineering, and there's nobody in

4   his office up until this week, somebody new came

5   in by the name of Robert Reilly, but I'm not sure

6   what his position is.  It's not engineering,

7   though.

8           The engineer that took over was Bill's

9   assistant, David Dompkowski, D O M P K O W S K I.

10          Rick Pincofski is still there.  He is

11  also doing Berryville Graphics, vice president of

12  finance for Berryville Graphics.  He is doing two

13  jobs now.

14          In addition -- I'm trying to think --

15  Jack O'Donnell is the -- I don't know what Jack's

16  exact title is, but I think he's, like, managing

17  director of Offset Paperback.  He is David's long

18  term, since the beginning, partner in Dynamic

19  Graphic Finishing, so Jack is coming to Offset

20  Paperback Monday, Tuesday, Wednesday, and he is

21  the on site acting head of the company.

22      Q.     Mitch Weiss, is he in charge of all

23  the salespeople now?

24      A.     I believe so.

25      Q.     And so they all report to him?