```
1                          D. Liess
2    if not all, of the customers had difficulty in
3    working with Offset Paperback and Berryville
4    Graphics.
5                    Offset Paperback was referred to in the
6    industry as the RR Donnelley of mass marketing, and
7    that is a label that you don't want to have because
8    RR Donnelley is an extremely inflexible organization.
9    That is why people -- and they did not do mass market
10   paperback books, but Offset Paperback did, and that
11   is sort of the name that they got was the RR
12   Donnelley of mass-market printing.
13        Q.    Just to clarify, Offset Paperback Mfrs.
14   prints paperback books, correct?
15        A.    Yes.
16        Q.    What does Coral Graphics produce?
17        A.    Coral Graphics prints covers and dust
18   jackets for books.
19        Q.    What does Berryville Graphics produce?
20        A.    Berryville Graphics produces a hard-cover
21   book and some soft-cover books.
22        Q.    What does Dynamic Finishing produce?
23        A.    Dynamic Finishing puts foil stamping and
24   embossing, decorative treatments to the covers.
25        Q.    Those four companies work together to
```

1          D. Liess

2          Q.    There was a change in the industry

3    occurring at that time, correct?

4          MRS. BRODY:  Do you understand the

5          question?

6          THE WITNESS:  I don't.

7          A.    Can you help me out?  What kind of

8    change are you talking about?

9          Q.    Has the publishing industry changed in

10   the last ten years?

11         A.    Yes.

12         Q.    The number of books being sold has

13   decreased?

14         A.    Correct.

15         Q.    It's part of a digital revolution?

16         A.    Back up a minute now.

17         I don't want anybody to get mad at me for

18   this, but once the change was made in 2008, we had a

19   record year in top line and bottom line growth, which

20   won me the "Entrepreneur of the Year" award within

21   Bertelsmann.

22         For me to tell you that the market was

23   changing at that time, I can't tell you that.

24         If you ask me if the market is changing

25   as we speak today, I can say absolutely, but we got

161

1                          D. Liess

2                  I am going to tell you that it was in

3      April.

4          Q.    So this was after Markus Dohle's comments

5      about the sales staff being complacent, correct?

6          A.    Well, it was when I was put in charge.  I

7      am not going to sit around and waste time.

8                  He gave me a job to do, and I was going

9      to do it to the absolute best of my ability.

10         Q.    What job did he give you?

11         A.    It was to be in charge of, what was at

12     the time, Arvato Print USA.

13         Q.    Did he talk to you about the sales staff

14     being complacent other than at this meeting?

15         A.    Did he specifically talk to me about

16     that?

17                 Not necessarily, no.  It was more -- I

18     think that was driven more maybe by me than by him.

19         Q.    The next day after the sales staff

20     meeting in March of 2007, you were put in charge of

21     Offset and Berryville, correct?

22         A.    I think that it was St. Patrick's Day,

23     which would have been March 17th, if that was a

24     Friday of that year, that is when it was.

25         Q.    You recall that it was within days of

                                 D. Liess

1

2        the problem with the question --

3                MRS. BRODY:  Right.  I pointed it out.

4                MR. HELLER:  I think that --

5                MRS. BRODY:  Push on.

6                MR. HELLER:  I think that the witness

7        could have answered it.

8        Q.    After you took over the

9    responsibilities of the four companies, did you ever

10   have a conversation with Markus Dohle about the

11   compensation of the sales staff?

12       A.    I did, and I cannot tell you the time

13   frame that took place.

14             Like I said, it was a bundled effect, if

15   you will, where my responsibility was to get cost out

16   of the business.

17             I looked at everything from compensation

18   of salespeople, compensation of managers, wasteful

19   spending, lack of synergies, there were an awful lot

20   of opportunities that were out there that we were not

21   taking advantage of being two separate companies.

22             As soon as we became one separate

23   company, I immediately kicked things into overdrive,

24   and had a remarkable result in our cost-cutting

25   efforts, and the sales compensation was part and

```
 1                        D. Liess
 2    parcel of that.
 3         Q.    When you were given responsibility for
 4    Offset and Berryville, did you receive an increase in
 5    compensation?
 6         A.    No, I did not.
 7         Q.    Did you receive --
 8         A.    Not right away.
 9         Q.    You ultimately did?
10         A.    Ultimately I did.
11         Q.    How long after you took over the
12    companies?
13         A.    I did not get an increase until January
14    of that following year.
15              I told Markus Dohle that I did not want
16    to receive an increase until he saw what I could do,
17    to make sure that I was the guy for the job, and
18    whatever my increase in compensation was, I wanted it
19    to be performance based.
20         Q.    Did he offer you an increase at the time
21    that he gave you --
22         A.    He sat back, and he gave me a look of "I
23    can't believe that you don't want more money."
24         Q.    But did he offer?
25         A.    He said, "We have to sit back and talk
```

1                        D. Liess

2    responsibilities?

3         A.    No.

4         Q.    Did he tell you that he wanted you to cut

5    costs?

6         A.    No.

7         Q.    He never said he wanted you to cut costs?

8         A.    That was my job, to cut costs.

9               Bertelsmann's style of management is

10   entrepreneurial.  Pretty much they don't come and

11   tell you what to do unless you are not doing good.

12              It was my job to go to them and tell them

13   what I am doing.

14              That is why I have stayed with the

15   company for so long, because I have that

16   entrepreneurial freedom to do what I need to do,  and

17   run the company the way that I feel the company needs

18   to be run.

19              So there were no specific goals or

20   objectives for me to achieve, except for me to obtain

21   top line and bottom line growth, and they were

22   basically self-induced by myself.

23        Q.    After that meeting, you did have a

24   conversation with Markus Dohle about cutting the

25   compensation of the sales staff thereafter, correct?

1                     D. Liess

2        A.      Yes.

3        Q.      But you were not sure when, correct?

4        A.      Yes.

5                Like I said, it was not a year later, but

6     it was not a week later either.

7                It was a period of time.  I just don't

8     remember what that was, but it was part and parcel.

9        Q.      Did there come a time when Markus Dohle

10    stopped being involved with Arvato Print, as he was

11    during this period in early 2007?

12       A.      Yes.

13               It was in approximately July.

14       Q.      Since the business is entrepreneurial,

15    he comes in and he leaves?

16       A.      Yes, correct.

17       Q.      He left in July?

18       A.      Yes.

19               He had big problems in Spain and Italy.

20    He went there to really focus on that because he was

21    very pleased and impressed that we were in control of

22    the situation here in the US, and he had nothing else

23    that he really needed to be involved in.

24       Q.      When would you say that Markus Dohle

25    arrived in New York, as far as when he was here, and

                              D. Liess

1

2     then he left, when did he arrive in early 2007?

3          A.     I am not sure I got that one, I'm sorry.

4          Q.     We have established that he left in July

5     of 2007 --

6          A.     Yes.

7          Q.     -- to go focus on Spain, correct?

8          A.     Yes.

9          Q.     When did he come to focus on New York or

10    the US in 2007?

11         A.     He came -- well, I guess that it was in

12    maybe two or three weeks of me taking over, he came

13    back, and we sat down, and we talked about a

14    strategy, what we were going to do, what was our plan

15    for Berryville Graphics.

16                He was giving me constant updates on

17    Bob Robinson because, as I mentioned, it was a very

18    political thing to take a Bertelsmann manager from

19    another Bertelsmann company, and Prinovis at the time

20    was not an Arvato company, so he had to basically

21    cross corporate lines to entice Bob Robinson to come

22    back.

23                A lot of our discussion was based upon

24    Bob Robinson, and also what we were going to be doing

25    in the interim to make sure that Berryville Graphics

1                          D. Liess

2          A.     Yes, he is.

3          Q.     What is his age?

4          A.     Fifty-six.

5          Q.     Erin Sommerfeld, is she still with the

6     company?

7          A.     Erin is a he, and he is still with the

8     company.

9          Q.     Erin is a he.  That is good to know.

10                Approximately how old is he?

11         A.     Forty-eight.

12         Q.     Claire Giobbe, is she still with the

13    company?

14         A.     Yes.

15         Q.     Approximately how old is she?

16         A.     Fifty-six.

17         Q.     Are you sure of that age?

18                How do you know that she is 56?

19         A.     Because she is older than me, and we talk

20    about it every so often.

21                I am speculating that she is 56 years

22    old, but she is definitely over 52.

23         Q.     How do you know she is over 52, because

24    you are 52?

25         A.     Because I am 51, and we kid about it all

216

1                          D. Liess

2    Coalition"?

3          A.    As to who was going to be on the "Guiding

4    Coalition" or the role of?

5          Q.    As to any aspect of the "Guiding

6    Coalition."

7          A.    A specific conversation that I can

8    remember, no, but I have to believe that we did have

9    discussions.

10               Whether we were just out to dinner or

11   having a meeting -- because he was always very

12   complimentary of my team, which was the "Guiding

13   Coalition."

14         Q.    Who decided who was going to be on that

15   team?

16         A.    I did.

17         Q.    How did you determine who was going to be

18   on that team?

19         A.    Basically, managers that I already had in

20   place at Coral Graphics, and I also wanted to get

21   Rick Pincofski because I had a lot of respect for his

22   knowledge and insight about Offset Paperback and

23   Berryville Graphics.

24         Q.    What was Mr. Pincofski's position?

25         A.    CFO for both OPM and Berryville Graphics.

229

1                          D. Liess

2          A.     I am going to say I think it was about

3     $250,000.

4          Q.     Did you know what it was prior to that?

5          A.     No.

6          Q.     What did you think of Bill Mickelsen's

7     compensation at that time?

8          A.     I thought that it was extremely high.

9          Q.     Did you take any steps to speak to Bill

10    about his compensation?

11         A.     Not immediately, no.

12         Q.     But later on you did?

13         A.     When the new comp plan was put

14    together -- I did not speak to him personally, but

15    Chris and Mitch did.

16         Q.     Did you ever --

17         A.     We as a company did.

18         Q.     Did you ever personally try to speak to

19    Bill Mickelsen about his compensation?

20         A.     After Bill learned of the plan, he came

21    to me and wanted to talk about it.

22                I said, "Bill, it kind of is what it is.

23    Your sales don't warrant that kind of compensation,

24    especially when I compare it to people that were in

25    the Coral world."

236

1                    D. Liess

2    President and, rather than firing me, I have my base

3    salary cut from $172,300 to $35,000, and my bonus of

4    approximately $62,500 cut to maybe $12,500."

5              Is that an accurate reflection of what

6    you understood Mr. Mickelsen's change in compensation

7    to be?

8         A.    To my recollection, yes, all salespeople

9    were put on a base of $35,000.

10        Q.    So Mr. Mickelsen's compensation going

11   from $172,300 to $35,000 was a significant change,

12   correct?

13        A.    Yes.

14              MRS. BRODY:  I want to register an

15        objection.

16              That was not his testimony.

17              THE WITNESS:  I'm sorry.

18        Q.    Is that a drastic reduction?

19              MRS. BRODY:  I object.

20              You are not using the right numbers

21        there.

22              MR. HELLER:  The numbers, if I

23        misspoke, would be $172,300 prior to $35,000.

24              MRS. BRODY:  You are asking him

25        according to this letter --

241

1               D. Liess

2          I don't think that they know what a

3     journeyman is in Germany, to be honest with you.

4          Q.     Do you know what a journeyman is?

5          A.     It's a veteran.

6          Q.     On what do you base that definition?

7          A.     I have the honor of running a company

8     that is a union shop.

9          I know if you are a journeyman, you are

10    it.  You are not an apprentice anymore.  You are

11    experienced.

12         Q.     So it comes from union parlance?

13         A.     No, it doesn't come from union parlance.

14         I am telling you how I understand what

15    journeyman means.  It doesn't have anything to do

16    with unions.  It doesn't have anything to do with

17    anything.

18         Q.     Is there a difference between somebody

19    being called a senior vice-president and a

20    journeyman, in your opinion?

21              MRS. BRODY:  Objection.

22              No one is being called a journeyman.

23              What are you talking about here?

24              MR. HELLER:  Let him answer the

25         question.

1                          D. Liess

2              MRS. BRODY:   Objection.

3         A.     Honestly, I don't have a problem with it.

4         Q.     I am asking you if there is a difference

5    between somebody being titled "Journeyman" and

6    "Senior Vice-President."

7         A.     In my world, no.

8         Q.     I want to show you what has previously

9    been marked as Plaintiff's Exhibit 13.

10             Please take a look at that, and let me

11    know if you have seen it before.

12        A.     Yes.

13        Q.     What is that?

14        A.     This is the sales compensation plan that

15    was presented to Bill Mickelsen and every other sales

16    rep that we had in the organization at the time.

17        Q.     When is the first time you saw this, this

18    one that was given to Bill Mickelsen?

19        A.     I don't want to say that I saw the

20    specifics of Bill Mickelsen's plan.

21             I saw the specifics of the compensation

22    plan.  It did not have the numbers filled in.

23             As I indicated, every sales

24    representative in the organization received the exact

25    same compensation plan, so I am familiar with the

243

1                              D. Liess

2      boilerplate, if you will, but not the necessary fill

3      in the blanks.

4                    I probably -- probably -- did not see

5      Bill's until after it was presented to him, and I did

6      not study it when I received it either.

7            Q.    Why did you receive Bill's plan after it

8      was presented to him?

9            A.    I got everybody's.

10                   I did not receive it.  I was just given

11     the liberty of reviewing it.

12           Q.    Did you review it?

13           A.    If I did, I just looked at it.

14                   I did not pay a whole lot of attention to

15     it because every salesperson received the same exact

16     thing, and this is what we needed to do for us to hit

17     our cost-cutting objectives that we had up on our

18     board.

19           Q.    Did the salesmen have to sign the sales

20     compensation agreement?

21           A.    Yes.

22           Q.    Did Bill Mickelsen sign his?

23           A.    No, and he ignored every e-mail -- every

24     subsequent e-mail requesting that he do so.

25           Q.    Did you reprimand him for that?

244

D. Liess

1

2      A.     We sent e-mails to him, and asked him if

3   he would be professional enough and respectful enough

4   to do it, and we still have not gotten it.

5      Q.     So his not signing the compensation plan

6   was disrespectful you thought?

7      A.     I thought so, yes.

8           MR. HELLER:  Would you mark this as

9           Plaintiff's Exhibit 17, please.

10          (Plaintiff's Exhibit 17, six-page

11          document, the first page indicating

12          "Arvato Print US, Sales Compensation Plan -

13          Journeymen, Sales Rep, 2007 / July 1 -

14          Dec 31," Bates stamped Nos. DEF 000364

15          through DEF 000369, marked for

16          identification, as of this date.)

17   BY MR. HELLER:

18      Q.     I show you what has been marked as

19   Plaintiff's Exhibit 17.

20           Would you take a look at that, and let me

21   know if you have ever seen this one.

22      A.     I am assuming this is the boilerplate.

23      Q.     Take a look at it, and let me know if you

24   have ever seen it before.

25      A.     This exact one, I cannot answer whether I

252
1                         D. Liess

2          Q.    Why was Bill Mickelsen given special

3     consideration?

4          A.    I don't know.

5          Q.    Did anybody approach you to seek

6     permission to give him special consideration?

7                MRS. BRODY:  Objection; asked and

8          answered.

9          Q.    Just to be clear, I am going to ask

10    you that.

11               MRS. BRODY:  I think it is clear.

12         Q.    I know we have had prior testimony,

13    but I want this to be clear.

14               MRS. BRODY:  I am clear.

15               MR. HELLER:  That is great, Lauren.

16         A.    Like I said, Bill was unhappy.  We

17    wanted to sit down -- when I say, "we," meaning a

18    company -- and see what could we do to get Bill more

19    of an income.

20               The special consideration exactly, what

21    it is, I have no idea.

22         Q.    Bill was worth keeping, wasn't he?

23         A.    All my salespeople are worth keeping.

24         Q.    Bill Mickelsen was worth keeping as an

25    employee, correct?

1                         D. Liess

2      thought.

3          Q.     He was your friend for 25 years.

4          A.     Yes, but Bill was also going to be -- in

5      my opinion, Bill was grossly overpaid for many years,

6      and he was now going to come down in line with the

7      other salespeople in the organization.

8                 I had people that were selling

9      $20 million, $30 million worth of business making

10     $140,000, $150,000, and Bill Mickelsen was selling

11     $4 million, making double that.

12                I was not going to stand for it.  I was

13     not going to have it.

14         Q.     Do you know what Bill Mickelsen's duties

15     were as compared to the other salesmen?

16         A.     I can tell you that he did not do

17     anything with his senior vice-president title.  He

18     was nothing more than a salesman.  He did not hold

19     sales meetings.

20                He was hardly in New York from what I

21     understand.  He was really nothing more than a

22     salesperson.

23         Q.     Did you investigate his performance?

24         A.     Yes, I did.

25         Q.     Who did you speak to?

258

```
1                      D. Liess
2    that structured at that time.
3         Q.    Bill Mickelsen never signed this, as we
4    established earlier, correct?
5         A.    Correct.
6         Q.    Was this compensation plan made effective
7    nonetheless?
8         A.    Yes.
9         Q.    Did you need Bill to sign it?
10        A.    In order for it to become effective?
11        Q.    Yes.
12        A.    No.
13        Q.    Why did you want Bill to sign it?
14        A.    Because it was a requirement, and all of
15   the other salespeople did.
16        Q.    Why was it a requirement that
17   Bill Mickelsen sign this?
18             MRS. BRODY:  Asked and answered.
19             MR. HELLER:  No, it was not.
20             MRS. BRODY:  He just answered it.
21        A.    It was required by all of our
22   salespeople.
23        Q.    Why was it required by all of your
24   salespeople?
25        A.    It was a directive from management.
```

264

1                        D. Liess

2      e-mail from Bill Mickelsen?

3           A.    I don't believe that I ever did.

4           Q.    The compensation plan was based on a plan

5      proffered by Markus Dohle, correct?

6           A.    I am sorry?

7           Q.    The compensation plan was based on a

8      model by Markus Dohle, correct?

9                 MRS. BRODY:  Objection.

10          A.    No.

11                MR. HELLER:  You may not like the

12                question, but the witness can certainly

13                answer.

14                MRS. BRODY:  It's a total misstatement

15                of the testimony.

16                MR. HELLER:  It's a question.  It's

17                not a misstatement.

18                MRS. BRODY:  Yes, it is.

19                Objection.

20          A.    I believe it's a question that I have

21     already answered.

22                This compensation plan was not Markus

23     Dohle's compensation plan.

24                This compensation plan was a compensation

25     plan that I had implemented at Coral Graphics

269

1                                D. Liess

2          Q.    This is an e-mail chain.  At the top is

3    an e-mail from Bill Mickelsen to Rick Pincofski.   It

4    is Bates numbered DEF 0005.

5                At the bottom of the chain there is an

6    e-mail from Bill Mickelsen to David Liess, dated

7    August 21, 2007, in which Bill Mickelsen wrote,

8    "Dave, Is no news good news or bad news?  Sorry to

9    bug you.  Bill."

10         A.    Yes.

11         Q.    Do you recall receiving that e-mail?

12         A.    Yes.

13         Q.    What was Bill Mickelsen asking about?

14         A.    I believe he wanted to hold off on the --

15   making the pay adjustment through to maybe the end of

16   the year, I can't remember specifically, and I told

17   him all I can do right now is I would be able to play

18   some games, for lack of a better word, with his

19   vacation pay at the old rate.

20         Q.    You wrote back to Bill Mickelsen that

21   same day, and it appears to be about 25 minutes

22   later, based upon what the document reads; would that

23   be fair to say?

24         A.    Based upon the document, you are about

25   right.

270

D. Liess

2     I would make it 24 minutes.

3     Q.    It reads, "Billy, at this point the best

4     I can do is pay your vacation at the old rate.  This

5     whole sales plan is under scrutiny from the other

6     side.  Sorry."

7     This is you advising Mr. Mickelsen that

8     you can only pay his vacation at the old rate.

9     A.    Yes.

10    Q.    What does that mean?

11    A.    Whatever his salary was at the time prior

12    to this, I would pay his two weeks or three weeks,

13    whatever remaining vacation time, I would pay at that

14    old rate, as opposed to the new rate.

15    It was more like a -- I could do it

16    without any issues from anybody, and I can do it more

17    as a friend to Bill more than anything else.

18    Q.    At this point, Bill Mickelsen had not yet

19    signed the sales compensation plan, correct?

20    A.    Correct.

21    Q.    He was insubordinate, right?

22    A.    Yes.

23    Q.    Did you write to him and tell him that he

24    was being insubordinate?

25    A.    No.

278

D. Liess

1    Q.    What were the exact words?

2    A.    I believe my exact words were, "It was a big accomplishment for me that I hung on to your job."

3    Q.    Why was that a big accomplishment for you?

4    A.    It was a big accomplishment for me because there was no parity whatsoever with what Bill Mickelsen was getting paid compared with what the rest of my sales organization was getting paid.

The rest of my sales people had significantly, substantially higher account packages than Bill Mickelsen.

If I made my decision based upon what Bill Mickelsen's level of sales was versus everybody else's level of sales, we really would not have missed Bill Mickelsen in the organization.

5    Q.    We talked about complacency with salespeople earlier.

Do you recall that?

6    A.    Yes.

7    Q.    And how some salespeople just service accounts without building new accounts, correct?

8    A.    Yes.

281

1                          D. Liess

2    paying --

3                    MR. HELLER:   I will withdraw the

4         question.

5         Q.    Bill Mickelsen was making a handsome

6    salary, correct?

7         A.    Yes.

8         Q.    Do you think that Michael Gallagher was

9    paying him that handsome salary if he was not doing a

10   good job?

11                   MRS. BRODY:   Objection.

12        A.    Michael Gallagher paid a lot of people

13   too much money in that organization.

14                   That is where my biggest opportunity lie

15   or laid.

16        Q.    Did you ever explore with

17   Michael Gallagher why he was paying Bill Mickelsen

18   the compensation that he was?

19        A.    No.

20        Q.    Did you know that Bill Mickelsen received

21   a bonus of $65,000 for the year 2006?

22        A.    No.

23        Q.    As you sit here today, do you think that

24   maybe you should have asked some of these questions

25   with respect to Bill Mickelsen?

282

1                          D. Liess

2              MRS. BRODY: Objection.

3         A.    What questions should I have asked?

4         Q.    Did you know that Bill Mickelsen did not

5    work on commission before the change in the

6    compensation plan?

7         A.    I did not know that.

8         Q.    You did not know that he did not work on

9    commission?

10        A.    I thought there was some commission

11   component in this.

12              Most salespeople have a commission

13   component. I just assumed that there was one in

14   there.

15        Q.    If I tell you today that there was not,

16   that is not something that you knew prior to today?

17        A.    No.

18              A bonus could also be labeled a "bonus"

19   as opposed to a commission.

20        Q.    A bonus is different from a commission,

21   right?

22        A.    Not necessarily.

23        Q.    Not necessarily?

24        A.    Some people would call it a commission.

25   Some people would call it a bonus.

288

1                              D. Liess

2          A.    I am sure if it was more of a -- if he

3    even made a response, or if it was more of a look of

4    disbelief.  I don't recall.

5                I know that he was sitting and I was

6    standing when we had the conversation, but I can't

7    remember if he made a comment after that or not.

8          Q.    Have you ever described Bill Mickelsen as

9    the only person at OPM who ever sold anything for the

10   company?

11         A.    Yes.

12         Q.    When did you say that?

13         A.    I have said that a couple of times.

14               I still think that he is a good salesman.

15   If he applied himself, he could go out and sell a

16   fortune for all of us.

17         Q.    There came time when Bill Mickelsen was

18   assigned to a cubicle in the New York office,

19   correct?

20         A.    Wow, that's really gray.

21               MRS. BRODY:  Sorry, I should have

22         objected.

23               You caught me on that.

24         A.    That's really gray.

25               He was not assigned to that cubicle.

289

1                         D. Liess

2              We were doubling up our sales

3    representatives, and Donna Dempsey put Bill

4    temporarily in a cubicle, and the reason she did

5    that, to quote her, "Because he's hardly ever here."

6              She wanted to see what we were doing with

7    one of the corner offices before a final decision was

8    made.

9              When I saw Bill sitting in a cubicle, I

10   kind of raised the devil about it, because I wanted

11   him to get put into a sales office, or into an office

12   that he would share with someone like, all of the

13   other salespeople were doing at the time, including

14   myself.

15        Q.    Looking at Plaintiff's Exhibit 11, in the

16   fourth paragraph from the top Bill Mickelsen writes

17   about being shown a cubicle which has become his work

18   station in the New York office.

19        A.    Concerning that --

20        Q.    I am just asking if you read it.

21        A.    I read it.

22              You don't want me to comment.

23              Yes, I read it.

24        Q.    Do you know if Bill Mickelsen was told at

25   the time that he was shown to the cubicle that it was

295

1                    D. Liess

2        Q.    Of course.

3              MRS. BRODY:  No snide comments.

4              MR. HELLER:  I withdraw the "Of course."

5        Come on.

6              MRS. BRODY:  It's one thing to be rude

7        to me, but it's another thing to be rude to

8        my client.

9              MR. HELLER:  I withdrew the "Of course,"

10       although you have to admit, it's pretty easy

11       to be --

12             MRS. BRODY:  Both are unacceptable.

13             I don't treat your clients that way,

14       even though I am --

15             MR. HELLER:  Correct.

16       Q.    Bill Mickelsen was removed from the

17       Hachette account, correct?

18       A.    Yes.

19       Q.    Was he ever reprimanded or disciplined in

20       connection with the Hachette account?

21       A.    He was basically -- it was requested by

22       the customer.

23       Q.    I understand.

24             My question is, was he ever reprimanded

25       or disciplined by OPM?

299

```
 1                          D. Liess
 2    Germany has a mandatory retirement of age 60 rule?
 3         A.    I heard it, but I don't know if it's -- I
 4    do know that Gunter Thielen, he is still with the
 5    company, and he is 67.  He stayed on as our CEO
 6    until, I think, he was about 65.
 7                 Have I heard it?
 8                 Yes.
 9                 Is it with Bertelsmann, or is it with the
10    country of Germany, I have no idea.
11                 I don't care about what happens in
12    Germany.  I care about what happens in the United
13    States, and there is no mandatory retirement age in
14    the United States.
15         Q.    Do you know the circumstances of how
16    Gunter Thielen became the CEO of Bertelsmann at the
17    age of 60?
18         A.    Yes.
19         Q.    Mr. Middelhoff was terminated from his
20    role as the CEO of Bertelsmann AG, correct?
21         A.    Yes.
22         Q.    Then the Mohn family requested that
23    Gunter Thielen step in as the CEO, correct?
24         A.    Yes.
25         Q.    Gunter Thielen was 60 years old at the
```

322

1                          D. Liess

2              No.

3        Q.     What else would you have done in your

4     investigation besides speak to Bill Mickelsen?

5        A.     Honestly, I don't know because, like I

6     said, this entire situation was a result of a

7     disgruntled employee because he did not particularly

8     like the way that compensation was adjusted.

9              He did not like the fact that he was

10    labeled a journeyman, even though his business cards,

11    and his stationery, and I think to this day he still

12    signs as senior vice-president of sales and

13    marketing, Offset Paperback.  I never stripped him of

14    the title.

15             Like I said, up until this day, I believe

16    that he is still using that title on all of his

17    correspondence.

18             I wanted to make sure that I could spell

19    that out to him.  That is one of the inconsistencies.

20             I just wanted to make sure that he would

21    understand where we were coming from as a company.

22       Q.     Isn't it true that your hope in speaking

23    to Bill Mickelsen was to resolve the issues, correct?

24       A.     More of setting the record straight

25    because this (indicating) did not tell me that he was

1                       D. Liess

2          Q.     You were submitting the plan to Germany,

3    right?

4          A.     I was not submitting it.

5          Q.     You were presenting it?

6          A.     No.

7          Q.     What were you doing?

8          A.     As I indicated in my testimony here, I

9    had a new boss, Markus Dohle.  I was not sure how he

10   operated, what he needed to know, what he did not

11   need to know.

12              Knowing that this was a big part of my

13   cost-reduction program, the change in sales

14   compensation, I wanted to make sure that I had him in

15   the loop.

16              It was more of a "You have it.  If you

17   have a problem with it, you can call me.  You can say

18   something.  You can do whatever you want," but I did

19   not send it to them for approval.  I did not send it

20   to them for commentary.  I sent it to them so that

21   they would have it.

22              I send a lot of things, not so much now,

23   but when Markus first came over, I was sending a lot

24   of information over there because I wanted to make

25   sure that my backside was covered.